## IN RE: MABEL H. WADE, a spinster

12 So. (2nd) 449                              January Term, 1943
March 17, 1943                                       Division B
Rehearing Denied March 25, 1943

*Frank F. L'Engle,* for appellant.

*C. B. Peeler,* for appellee.

PER CURIAM:

This case having arisen, and the costs herein involved having accrued, *prior* to the effective date of Florida Statutes, 1941, we think it is governed by what we have heretofore said in Bay View Estates Corporation, et al., v. Southerland, 126 Fla. 239, 170 So. 732; Chapter 9281, Acts 1923, referred to therein; and Chapter 11893, Acts 1927, which is in pari materia therewith.

No error appearing in the record, the final order appealed from is affirmed.

It is so ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.